HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M^cCLINTOCK, #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent-Plaintiff,<br><br>  v.<br><br>PEDRO LOPEZ SANCHEZ,<br><br>  Movant-Defendant. | Case Nos.  2:14-cr-0245 KJM<br>           2:16-cv-1092 KJM<br><br>**ORDER** |

   Movant PEDRO LOPEZ SANCHEZ, an indigent federal prisoner proceeding pro se, has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) [Dkt no. 95] and a motion vacate, set aside or correct his sentence pursuant to 28 U.S.C. 2255 [Dkt no. 99].

   In the section 2255 motion, Mr. Lopez contends his trial counsel rendered constitutionally ineffective assistance and that his communications with his counsel very difficult.  Dkt no. 99, page 5 of 7.

   In the section 3582(c)(2), Mr. Lopez seeks a "two-point deduction" in his offense level and a corresponding reduction in his sentence based on the retroactive change in United States Sentencing Commission's drug tables.  Dkt no. 95.  Mr. Lopez was sentenced in 2016, after the changes he seeks to invoke went into effect.  *See* Dkt nos. 87, 90.

   On August 16, 2016, this Court referred both of these motions to the Federal Defender.  Dkt no. 100.   The Court requested the Federal Defender to advise the Court within 21 days if she will represent Mr. Lopez on the pending motions.  *Id*.

Unfortunately, the minute order was not received by the appropriate staff within the Federal Defender's Office until September 12, 2016.  Therefore, the Federal Defender requests a new deadline of October 11, 2016, by which to advise the Court regarding representation for Mr. Lopez regarding these two motions.

Dated:  September 13, 2016                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Ann C. M<sup>c</sup>Clintock*
ANN C. M<sup>c</sup>CLINTOCK
Assistant Federal Defender

# O R D E R

For good cause shown, IT IS HEREBY ORDERED that:

The Federal Defender has until October 11, 2016, by which to advise the Court regarding representation of Mr. Lopez regarding his motion to reduce his sentence (Dkt no. 95) and his motion to vacate his judgment (Dkt no. 99).

DATED: September  22, 2016.

_____
UNITED STATES DISTRICT JUDGE